

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                  01-12-00317-CV

Style:                         Lisa Welcome

                               **v** Texas Roadhouse, Inc.

Date motion filed*:            August 21, 2013

Type of motion:               Motion to Extend Time for Filing Brief

Party filing motion:           Appellant

Document to be filed:          Appellant's brief

Is appeal accelerated?    No

If motion to extend time:
    Original due date:                        August 21, 2013
    Number of previous extensions granted:            Current Due date:  August 21, 2013
    Date Requested:              Additional 45 days

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  **Monday, October 7, 2013**

        ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐    Other: _____

_____

_____

_____

_____

Judge's signature: _____
          ☑ Acting individually    ☐ Acting for the Court

Panel consists of    /s/ Justice Jim Sharp

Date: August 30, 2013

November 7, 2008 Revision